CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

08/21/2019
JULIA C. DUDLEY, CLERK
BY:    s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

|  |  |
|---|---|
| COLEMAN FAMILY, L.L.C., | 6:19-CV-00041 |
| *Plaintiff,* | |
| v. | ORDER |
| SUNTRUST BANK, SUCCESSOR TO CRESTAR BANK, | |
| | JUDGE NORMAN K. MOON |
| *Defendant.* | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Coleman Family, L.L.C., and Defendant SunTrust Bank, through their respective counsel, hereby stipulate that the above-captioned action and all claims asserted therein are **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and fees.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to strike this case from the Court's active docket.

Entered this ____21st____ day of August, 2019.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE